IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OSCAR ANTONIO MEJIA OSORTO                                    PETITIONER
A# 206-227-331

VERSUS                                    CIVIL ACTION NO. 5:26-cv-674-DCB-RPM

RAFAEL VERGARA, Warden, Adams County
Correctional Center, et al.                                RESPONDENTS

ORDER

Pro se Petitioner Oscar Antonio Mejia Osorto, a detainee at the Adams County Detention Center in Natchez, Mississippi, files his Petition for habeas relief under 28 U.S.C. § 2241 [1] along with a Motion for Stay or Removal and/or Motion for Temporary Restraining Order [2]. Petitioner however failed to sign his Petition [1] and Motion [2] as required by the Federal Rules of Civil Procedure 11(a).[1] Petitioner will be given an opportunity to correct this omission by placing his signature on page 8 (CM/ECF pagination) of the copy of the Petition [1], page 3 (CM/ECF pagination) of a copy of his Declaration Attachment [1-1] and placing his signature on page 2 (CM/ECF pagination) of the copy of the Motion [2] enclosed with this Order.

Petitioner also fails to state the country where he was born as designated by the U.S. Immigration and Customs Enforcement. He will be required to provide that information.

---

[1] "Under the Rules Governing Section 2254 Proceedings in the United States District Courts ('Habeas Rules'), which also apply in habeas proceedings governed by 28 U.S.C. § 2241, the Federal Rules of Civil Procedure apply only to the extent that they are not inconsistent with the Habeas Rules or any statutory provision." *Shabanov v. Tate*, No. CV H-23-3136, 2024 WL 1772873, at *3 (S.D. Tex. Apr. 24, 2024) (citing Rules 1(b) and 12 of the Habeas Rules).

IT IS ORDERED that the Clerk of Court is directed to mail to Petitioner a copy of his Petition [1] and Motion [2] filed on July 24, 2026.

IT IS FURTHER ORDERED that Petitioner is directed to sign on page 8 (CM/ECF pagination) of the copy of the Petition [1], on page 3 (CM/ECF pagination) of a copy of his Declaration Attachment [1-1] to the Petition [1], and on page 2 (CM/ECF pagination) of the copy of the Motion [2] enclosed with this Order and file these signed pleadings with this Court **on or before August 14, 2026.**  Petitioner is reminded that his pleadings and other documents submitted to this Court for filing must have his signature on them.

IT IS FURTHER ORDERED that Petitioner is directed to file a written and signed response **on or before August 14, 2026**, and state the country of his birth as designated by Immigration and Customs Enforcement.

IT IS FURTHER ORDERED that Petitioner shall file his written response and signed pleadings with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-3] may result in the dismissal of this cause.

SO ORDERED, this 31st day of July, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2